B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

In re Michael Lee Shaffer
Susan Lee Shaffer , Case No. 14-52607-amk

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S Bank Trust National Association, as Trustee of the FW Series I Trust | U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 c/o SN Servicing Corporation
 323 Fifth Street
 Eureka, CA 95501

Court Claim # (if known): 13-1
Amount of Claim: $17,174.66
Date Claim Filed: 01/06/2016

Phone: 800.603.0836
Last Four Digits of Acct #: 4855

Phone:
Last Four Digits of Acct. #: 4855

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons  Date: 04/30/2021
 Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.