| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael Lee Shaffer | |
| Debtor 2 (Spouse, if filing) | Susan Lee Shaffer | |
| United States Bankruptcy Court for the: | Northern District of | Ohio (State) |
| Case number | 14-52607-amk | |

Form 4100R

# Response to Notice of Final Cure Payment        10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the FW Series I Trust

**Last 4 digits** of any number you use to identify the debtor's account: 4 8 5 5

**Property address:** 7889 Hubbard Valley Rd.
Number    Street

Seville          OH     44273
City            State   ZIP Code

**Court claim no.** (if known): 9 & 13

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 01 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:        (a) $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

  c. **Total.** Add lines a and b.                 (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

Form 4100R          Response to Notice of Final Cure Payment          page 1

14-52607-amk    Doc    FILED 04/30/21    ENTERED 04/30/21 16:23:43    Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Molly Slutsky Simons
Signature

Date 04/30/2021

Print: **Molly Slutsky Simons**
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# AKRON DIVISION

| | |
|---|---|
| In Re: | Case No. 14-52607-amk |
| Michael Lee Shaffer<br>Susan Lee Shaffer | Chapter 13 |
| Debtors. | Judge Alan M. Koschik |

## CERTIFICATE OF SERVICE

I certify that on April 30, 2021, a true and correct copy of this Response to Notice of Final Cure Payment was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Robert T. Tinl, Debtors' Counsel
    bob@tinlanddeliman.com

    Keith Rucinski, Trustee
    ecfilings@ch13akron.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Michael Lee Shaffer, Debtor
    Susan Lee Shaffer, Debtor
    7889 Hubbard Valley Road
    Seville, OH 44273

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor